# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| William Wirta and Tyneisha Pemble, on behalf of themselves and all others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>Midwest Resale Specialist Inc. )<br><br>Defendant. ) | Case No. 25-CV-1007 (JMB/DLM)<br><br>**NOTICE OF APPEARANCE OF DANIEL BREES FOR DEFENDANT MIDWEST RESALE SPECIALIST INC.** |

The undersigned hereby notifies the Court and counsel that Suzanne L. Jones and Daniel Brees of Gordon Rees Scully Mansukhani, LLP shall appear as counsel of record for Defendant Midwest Resale Specialist Inc. in this matter.

Dated: <u>June 23, 2025</u>

**Gordon Rees Scully Mansukhani, LLP**

*/s/ Daniel Brees*_____
Suzanne L. Jones (#389345)
Daniel Brees (#0395284)
80 S. 8th Street, Suite 3850
Minneapolis, MN 55402
Phone:  612-351-5969
sljones@grsm.com
dbrees@grsm.com
**Attorneys for Defendant Midwest Resale Specialist Inc.**