# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| William Wirta and Tyneisha Pemble, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Midwest Resale Specialist Inc. <br><br> Defendant. | ) Case No. 25-CV-1007 (JMB/DLM) <br> ) <br> ) <br> ) **DEFENDANT'S MOTION TO SET** <br> ) **ASIDE ENTRY OF DEFAULT** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Defendant Midwest Resale Specialist Inc. hereby moves the Court, pursuant to Federal Rule of Civil Procedure 55(c) for an Order granting its Motion to Set Aside Entry of Default. This Motion is based upon the related Memorandum of Law, arguments of counsel, and all of the files, records, and proceedings herein.

Dated: <u>June 23, 2025</u>

**Gordon Rees Scully Mansukhani, LLP**

*/s/ Daniel Brees*_____
Suzanne L. Jones (#389345)
Daniel Brees (#0395284)
80 S. 8th Street, Suite 3850
Minneapolis, MN 55402
Phone: 612-351-5969
sljones@grsm.com
dbrees@grsm.com
**Attorneys for Defendant Midwest Resale Specialist Inc.**