| | |
|---|---|
| William Wirta and Tyneisha Pemble, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Midwest Resale Specialist Inc. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. 25-CV-1007 (JMB/DLM)

**DECLARATION OF JENNIFER NIEDERMEYER**

I, Jennifer Niedermeyer, being first duly sworn, depose and state as follows:

1. I am a Complex Claims Specialist at Hiscox USA. I have personal knowledge of the information contained herein.

2. On April 24, 2025, Hiscox was first notified of the claim made against Midwest Resale Specialist Inc. ("Midwest Resale"). The following day, on April 25, 2025, I sent Aaron Hanson, President of Operations for Midwest Resale Specialist Inc., an email indicating that a claim had been opened, the claim had been assigned to me, and the claim was being reviewed for coverage.

3. On May 6, 2025, Mr. Hanson sent me a follow-up email about the matter while I was out of the office. I inadvertently missed this email upon my return to the office. Mr. Hanson sent me a follow-up email on June 12, 2025, and again on June 13, 2025. On June 18, 2025, Mr. Hanson forwarded to me the entry of default in this matter and requested assistance from Hiscox.

4. On June 18, 2025, I immediately reached out to counsel at Gordon Rees Scully Mansukhani LLP, and sought representation for Midwest Resale in this lawsuit.

5. I did not see Mr. Hanson's email of May 6, 2025, until after I received notice of the entry of default.

## **DECLARATION**

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated this ___ day of _____, 2025.  30-Jul-25 | 06:47 PDT

Signed by:

*Jennifer Niedermeyer*

69F9D3B385424D6...

By: Jennifer Niedermeyer

Title: Complex Claims Specialist

2